IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01768-BNB

ELDON HUFFINE, his heirs and assigns,

Plaintiff,

v.

UNITED STATES OF AMERICA,
DEPARTMENT OF JUSTICE, and
DOE 1-50,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 4 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Eldon Huffine was incarcerated at the Missoula County Detention Facility in Missoula, Montana, when he initiated this action by filing *pro se* a "Complaint." In an order filed on August 22, 2007, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Mr. Huffine to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Shaffer ordered Mr. Huffine to file the complaint on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Huffine was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On August 27, 2007, the copy of Magistrate Judge Shaffer's August 22 order that was mailed to Mr. Huffine at the address he provided was returned to the Court undelivered. The returned envelope is stamped "REFUSED" and the box indicating

"INMATE RELEASED" is marked as the reason for refusal. Mr. Huffine has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address and telephone number within ten days of any change of address or telephone number. Mr. Huffine has failed to comply with the Court's local rules and, as a result, he has failed to cure the deficiencies in this action. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 3 day of Oct. , 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 07-cv-01768-BNB

Eldon Huffine
Missoula County Det. Facility
2340 Mullan Rd
Missoula, MT 59808

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on \_\_10/4/07\_\_

                                              GREGORY C. LANGHAM, CLERK

                                 By: _____
                                                  Deputy Clerk